# PILF NVRA Public Disclosure Request

Terri Stroud <TStroud@dcboe.org>

Fri 7/16/2021 3:22 PM

To: Logan Churchwell <LChurchwell@publicInterestLegal.org>;

Cc: Tonisha Erskine <TErskine@dcboe.org>;

Mr. Churchwell:

I am writing in response to your request for information dated June 24, 2021 pursuant to Section 8 of the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. 20507(i). The records you requested, and the Board of Elections' responses to these requests, are as follows:

**1. All "ERIC Data" received from ERIC during the years 2019, 2020, and 2021 concerning registered voters identified as deceased or potentially deceased.**

Your request for these records is denied pursuant to D.C. Official Code § 2-534(a)(6). This provision provides that "[i]nformation specifically exempted from disclosure by statute (other than this section) [may be exempt from disclosure], provided that such statute: (A) Requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue; or (B) Establishes particular criteria for withholding or refers to particular types of matters to be withheld[.]"

The ERIC deceased reports contain federally-protected Limited Access Death Master File (LADMF) data that ERIC receives pursuant to its status as a certified entity eligible to receive such data, which may only be disclosed to certain persons under specified circumstances. See https://ecfr.federalregister.gov/current/title-15/subtitle-B/chapter-XI/part-1110. Under this authority, as well as in accordance with its ERIC membership agreement, your request for the ERIC deceased reports is denied.

Moreover, the federal Driver's Privacy Protection Act ("the DPPA") prohibits the "release and use of certain personal information from State motor vehicle records." 18 U.S. Code § 2721(a). Personal information "means information that identifies an individual, including an individual's photograph, social security number, driver identification number, name, address (but not the 5-digit zip code), telephone number, and medical or disability information, but does not include information on vehicular accidents, driving violations, and driver's status." *Id*. § 2725(4).

ERIC uses the personal information described in the DPPA to create its death reports, and such information was obtained from motor vehicle records through the D.C. Department of Motor Vehicles. Accordingly, they may not be released.

**2. All reports and/or statewide-voter-registration-system-generated lists showing all registrants removed from the list of eligible voters for reason of death for the years 2019, 2020, and 2021. Such lists will optimally include unique voter identification numbers, county or locality, full names, addresses, and dates of birth.**

The attached file (see the link at the end of this email) contains the names and addresses of voters who have

EXHIBIT B

been removed from the list of eligible voters for reason of death for the years specified. The dates of birth and voter identification numbers are not included in accordance with our regulations. Specifically, Section 510.5 of title 3 of the D.C. Municipal Regulations provides that

The following items of information contained in voter registration records are confidential and shall not be considered public information subject to disclosure to the general public:

(a)  Full or partial social security numbers;

(b)  Dates of birth;

(c)  Email addresses or phone numbers;

(d) The identity of the voter registration agency at which the voter registered; and

(e)  The residence and mailing addresses of any registered qualified elector whose residence address has been made confidential pursuant to this section.

Please be advised that you have the right to appeal this decision to the Mayor, or you may seek judicial review in the Superior Court, pursuant to D.C. Official Code § 2-537 and 3 D.C.M.R. § 2012.1.  If you elect to appeal to the Mayor, your appeal should: 1) be in writing; 2) include a statement of the arguments, circumstances, or reasons in support of the information sought by your request, and; 3) include a copy of our written letter issued to you.

If you have any questions or concerns, please do not hesitate to contact me at (202) 727-2194.

https://files.secureserver.net/0fmvgUxiPbTCDc
**Note: If your browser is an older version, you may have trouble viewing our data files properly.**
**Latest version of Chrome, Firefox, Safari, Microsoft Internet Explorer(10+) or an equivalent browser enabling TLS 1.2 is required.**

Best,

**Terri Stroud**
**General Counsel**
**District of Columbia Board of Elections**
**1015 Half Street, SE**
**Washington, DC 20003**
**email: tstroud@dcboe.org**
**Website:www.dcboe.org**
**Phone: 202-727-3088**

EXHIBIT B