


# DISTRICT OF COLUMBIA
# BOARD OF ELECTIONS
## WASHINGTON, D.C. 20003-4733

October 19, 2021

Logan Churchwell
Research Director
Public Interest Legal Foundation
32 East Washington Street
Suite 1675
Indianapolis, IN 46204-3594

        RE:    Response to Public Interest Legal Foundation Notice of Violation

Mr. Churchwell:

I am writing in response to the Notice of Violation sent by the Public Interest Legal Foundation (PILF) on July 21, 2021 in which PILF requests certain records related to the District of Columbia's list maintenance program pursuant to Section 8 of the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. 20507(i). The records requested, and the Board of Elections' responses to these requests, are as follows:

1. **"ERIC Data" reports with unique voter identification numbers with "all data elements contained in the Limited Access Death Master File ("LADMF") and protected by 15 C.F.R. § 1110 et seq., such as SSN dates of birth, SSN dates of death, SSN death locations, and full/partial SSN numbers."**

   The ERIC Data reports PILF requests are derived from the Limited Access Death Master File (LADMF). The LADMF is a data product made available by the United States Department of Commerce's National Technical Information Service (NTIS) that includes Death Master File (DMF) information with respect to any deceased individual at any time during the three-calendar-year period beginning on the date of the individual's death. *See* 15 C.F.R. § 1110.2.  DMF information is "[i]nformation on the name, social security account number, date of birth, and date of death of deceased individuals maintained by the Commissioner of Social Security[.]" 42 U.S.C. § 1306c(d); 15 C.F.R. § 1110.2.

   42 U.S.C. § 1306c limits access to LADMF information to "Certified Persons," entities that have been certified to receive such information through a program established by NIST in accordance with the Bipartisan Budget Act of 2013 (Pub. L. 113-67). In its request, PILF neither asserts nor demonstrates that it is a Certified Person entitled to access or receive

EXHIBIT D

LADMF data. Accordingly, the disclosure of LADMF data to PILF is prohibited.

Moreover, the federal Driver's Privacy Protection Act ("the DPPA") prohibits the "release and use of certain personal information from State motor vehicle records." 18 U.S. Code § 2721(a). Personal information "means information that identifies an individual, including an individual's photograph, social security number, driver identification number, name, address (but not the 5-digit zip code), telephone number, and medical or disability information, but does not include information on vehicular accidents, driving violations, and driver's status." *Id*. § 2725(4).

ERIC uses the personal information described in the DPPA to create its death reports, and such information was obtained from motor vehicle records through the D.C. Department of Motor Vehicles. Accordingly, they may not be released.

Regarding PILF's request for ERIC data reports with voter registration numbers, the Board may not provide that information for reasons discussed in the Board's response to PILF's second request.

2. **The "DECEASED LIST 010119- 062921" Excel file that the Board provided, updated to include unique voter identification numbers.**

   The Board agrees to provide an updated Deceased file including unique voter registration system-generated unique voter identification numbers. For the reasons that follow, these numbers are not voter registration numbers, which will not be provided.

   According to 52 U.S.C. § 20507(i), "each State shall maintain for at least 2 years and shall make available for public inspection … all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters, *except to the extent that such records relate … to the identity of a voter registration agency through which any particular voter is registered*." See also 52 U.S.C. § 20507(a)(6), directing that each State shall "ensure that the identity of the voter registration agency through which any particular voter is registered is not disclosed to the public." This mandate is reflected in the Board's administrative rule, 3 D.C.M.R § 510.5, which provides that "the following items of information contained in voter registration records are confidential and shall not be considered public information subject to disclosure to the general public:

   (a)  Full or partial social security numbers;
   (b)  Dates of birth;
   (c)  Email addresses or phone numbers;

EXHIBIT D

(d) The identity of the voter registration agency at which the voter registered; and

(e) The residence and mailing addresses of any registered qualified elector whose residence address has been made confidential pursuant to this section."

Many of the voter registration numbers assigned to District of Columbia voters are legacy voter registration numbers that contain information that relates to the identity of the voter registration agency at which the affected individuals were registered. For this reason, the Board does not disclose its voter registration numbers, as to do so would violate federal law.

Numerous individuals with legacy voter registration numbers can be found on the Deceased file you were provided. Accordingly, we cannot provide an updated voter file that includes those numbers. (We are also necessarily precluded from providing ERIC data reports that contain that information.) However, we will provide the file updated to include voter registration system-generated identification numbers, which are unique to each voter. The link to access this list can be found here. (If your browser is an older version, you may have trouble viewing our data files properly. Latest version of Chrome, Firefox, Safari, Microsoft Internet Explorer (10+) or an equivalent browser enabling TLS 1.2 is required.)

In sum, the Board cannot disclose the ERIC deceased data reports to PILF because it is precluded from doing so under federal law. Nor can the Board provide voter registration numbers as part of the deceased voter file or ERIC deceased data reports. The Board will, however, provide a deceased voter file that contains voter registration system-generated identification numbers, which are unique to each voter. Accordingly, the Board grants PILF's request in part, and denies PILF's request in part.

If you have any questions or concerns, please do not hesitate to contact me by email at tstroud@dcboe.org at by phone at (202) 727-2194.

Sincerely,

*[signature]*

Terri D. Stroud
General Counsel