# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MONICA HOLMAN EVANS,**<br><br>**Defendant.** | Civil Action No. 21-3180 (FYP) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Monica Holman Evans moves to dismiss plaintiff's Complaint [1]. Fed. R. Civ. P. 12(b)(6). Plaintiff is an organization that sought records from the District of Columbia Board of Elections (BOE) under the National Voter Registration Act, 52 U.S.C. § 20501 *et seq*. (NVRA). BOE granted plaintiff's request in part and denied it in part, and plaintiff filed this lawsuit alleging a single violation of a provision of the NVRA requiring government election officials to make certain records available to the public. As set forth in the accompanying memorandum of points and authorities, plaintiff's Complaint should be dismissed for failure to state a claim. The language of the applicable provision, the NVRA as a whole, the broader context of other Congressional legislation, and the policy consequences of plaintiff's reading of the statute all make clear that the records plaintiff seeks do not fall within the scope of what must be disclosed. Alternatively, even if any information plaintiff has requested is subject to disclosure, sensitive personal information is not. A memorandum of points and authorities and a proposed order are attached.

Dated:  February 3, 2022.          Respectfully submitted,

                                   KARL A. RACINE
                                   Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
AARON J. FINKHOUSEN [1010044]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendant*